■ ANSONIA TENANTS' COALITION, INC., et al., Appellants, v ANSONIA ASSOCIATES et al., Respondents.

No opinion. Concur—Milonas, J. P., Asch, Kassal and Rubin, JJ.